966

United States. Briefs of *amici curiae* in support of appellants were filed for the State of Virginia by *Frederick T. Gray*, Attorney General, and *M. Harris Parker*, Assistant Attorney General; for the State of Montana by *Forrest H. Anderson*, Attorney General, and *Geoffrey L. Brazier*, Special Assistant Attorney General; for the State of Maine by *Frank E. Hancock*, Attorney General, and *Thomas W. Tavenner*, Assistant Attorney General; for the State of Mississippi et al. by *Joe T. Patterson*, Attorney General, and *John L. Hatcher;* for the State of Nevada by *Roger D. Foley*, Attorney General, and *Joseph J. Kay, Jr.*, Special Deputy Attorney General; for the State of North Carolina by *T. Wade Bruton*, Attorney General; for the State of Oregon by *Robert Y. Thornton*, Attorney General; for the State of Louisiana by *Jack P. F. Gremillion*, Attorney General; for Consolidated Milk Producers of San Francisco, Inc., by *Gerald D. Marcus;* for the Dairy Institute of California et al. by *Thomas G. Baggot* and *Jesse E. Baskette;* and for Petaluma Cooperative Creamery by *Joseph A. Rattigan.*

No. 583. UNITED STATES *v.* PAN AMERICAN WORLD AIRWAYS, INC., ET AL. Appeal from the United States District Court for the Southern District of New York. Further consideration of the question of jurisdiction postponed to the hearing of the case on the merits. *Solicitor General Cox*, *Assistant Attorney General Loevinger* and *Lionel Kestenbaum* for the United States.

No. 639. SIMLER *v.* CONNER. C. A. 10th Cir. Certiorari granted. *John B. Ogden* for petitioner. *Peyton Ford* for respondent.